

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00278-CR

GARY K. SITTON                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 1305194D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Gary K. Sitton pleaded guilty to fraudulent use or possession of identifying information in exchange for three years' confinement and waiver of a habitual count; he now attempts to appeal the conviction. On July 16, 2014, we notified appellant that the trial court's certification of his right to appeal states that this is a plea-bargain case and that he has no right of appeal. We informed him

---

[1]See Tex. R. App. P. 47.4.

that unless he or any party desiring to continue the appeal filed with the court, on or before July 28, 2014, a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant's counsel filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 21, 2014

2